No. 98–5414. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 98–5415. MONTGOMERY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 98–5416. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 98–5417. SAELEE v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–5418. TIEN SIN JIANG, AKA ZHEN ZING CHEN v. UNITED STATES;
No. 98–5573. CHING LIN v. UNITED STATES; and
No. 98–5613. LIN XUE FEI ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: Nos. 98–5418 and 98–5613, 139 F. 3d 1303 and 141 F. 3d 1180; No. 98–5573, 141 F. 3d 1180.

No. 98–5419. MOLIN v. THE TRENTONIAN ET AL. Super. Ct. N. J., App. Div. Certiorari denied. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

No. 98–5421. CHAMPION v. BOARD OF PRISON TERMS ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5422. FOREMANYE v. UNIVERSITY OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 98–5423. HUTCHISON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–5425. HAMILTON v. SOUTH CAROLINA. Ct. App. S. C. Certiorari denied. ▮▮▮▮▮▮▮▮ ▮▮▮

No. 98–5426. GOLDSMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▮▮▮▮▮▮▮▮ ▮▮▮▮

No. 98–5427. QUINTERO GOMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 98–5428. HEXAMER v. FORENESS ET AL. Ct. App. Tex., 5th Dist. Certiorari denied. ▮▮▮▮▮▮▮▮